IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| OAKRIDGE CONSULTING, INC. and<br>OCEAN RIDGE CAPITAL ADVISORS,<br>L.L.C., as the LIQUIDATING TRUSTEE<br>of THE CONSOLIDATED FGH<br>LIQUIDATING TRUST | § § § § § § § § § § | PLAINTIFF |
| v. | | CAUSE NO. 1:05CV48 |
| ERNST & YOUNG LLP | | DEFENDANT |

## ORDER GRANTING AGREED MOTION TO
## DISMISS ENTIRE CASE WITH PREJUDICE

THE MATTER BEFORE THE COURT is an Agreed Motion to Dismiss Entire Case With Prejudice [28], filed in the above-captioned cause on May 2, 2006. After due consideration of the Motion, the Court finds that it is well-taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the parties' Agreed Motion to Dismiss Entire Case With Prejudice [28] is **GRANTED**. All claims and causes of action asserted by the Plaintiff in this case are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 3th day of May, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE